STATE OF NEW JERSEY v. WALTER SPELLER.

September 16, 1975.  Petition for certification denied.

STATE OF NEW JERSEY, v. LOUIS GIANNINI.

September 16, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM SIMMONS.

September 16, 1975.  Petition for certification denied.

ANTOINE GERMAIN v. COOL-RITE CORPORATION.

September 16, 1975.  Petition for certification granted.

LOUIS PANZINO v. CONTINENTAL CAN COMPANY.

September 16, 1975.  Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM LEONARDO.

September 16, 1975.  Petition for certification granted.